UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| TODD SEMON, on behalf of himself, and others similarly situated,<br>Plaintiff,<br><br>v.<br><br>ROCK OF AGES CORPORATION,<br>SWENSON GRANITE COMPANY, LLC,<br>KURT M. SWENSON, JAMES L. FOX,<br>RICHARD C. KIMBALL, DONALD<br>LABONTE, LAURA A. PLUDE, PAMELA G.<br>SHEIFFER, CHARLES M. WAITE, and<br>FREDERICK E. WEBSTER, JR.<br>Defendants | )<br>)<br>)<br>)<br>)  Docket No. 5:10-cv-143<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION TO DISMISS OF DEFENDANTS
### KURT SWENSON, DONALD LABONTE,
### RICHARD KIMBALL, AND CHARLES WAITE

Defendants Kurt Swenson, Donald LaBonte, Richard Kimball, and Charles Waite, by their attorneys Downs Rachlin Martin PLLC, hereby move, pursuant to Fed. R. Civ. P. 12(b)(1) and (6) and the Securities Litigation Uniform Standards Act, 15 U.S.C. § 78bb ("SLUSA"), to dismiss the Complaint in the above-captioned matter. As grounds for this Motion, Defendants join in and adopt the Motion to Dismiss and Memorandum of Law filed on June 21, 2010 by Defendants James L. Fox, Pamela G. Sheiffer, and Frederick E. Webster, Jr. (the "Committee Defendants") (Docket Entry 10) and the Motion to Dismiss filed by Defendant Rock of Ages Corporation (Docket Entry 9).

Dated at Burlington, Vermont this 21st day of June, 2010.

                                                KURT SWENSON
                                                DONALD LABONTE
                                                RICHARD KIMBALL
                                                CHARLES WAITE

By:   /s/ Walter E. Judge, Jr.\_\_\_\_\_
       Walter E. Judge, Jr.
       Downs Rachlin Martin PLLC
       Attorneys for Defendants
       199 Main Street, P.O. Box 190
       Burlington, VT 05402-0190
       Telephone: 802-863-2375

CERTIFICATE OF SERVICE

I hereby certify that on June 21st 2010, I electronically filed a true and correct copy of the foregoing **Motion to Dismiss** via the ECF system which will give electronic notice to the following counsel of record:

    James W. Spink, Esq.

    Mary N. Peterson, Esq.

    Samuel Hoar, Jr., Esq.

    Sean M. Gorman, Esq.

And that I have also served the Motion to Dismiss **by mail** on the foregoing and:

    Daniel P. Richardson, Esq.
    Tarrant, Gilles, Merriman & Richardson
    44 East State Street
    P. O. Box 1440
    Montpelier, VT 05601-1440

    James R. Carroll, Esq.
    Nicholas I. Leitzes, Esq.
    Skadden, Arps, Slate, Meagher & Flom LLP
    One Beacon Street
    Boston, Massachusetts 02108

Wilbur A. Glahn III, Esq.
McLane, Graf, Raulerson & Middleton, P.A.
900 Elm Street
P.O. Box 326
Manchester, NH 03105

Alan L. Reische, Esq.
Edward A. Haffer, Esq.
Sheehan, Phinney, Bass + Green, P.A.
1000 Elm Street, 17th Floor
Manchester, NH 03101

                By: _/s/ Walter E. Judge, Jr._____
                     Walter E. Judge, Jr.