UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| TODD SEMON, on behalf of himself, and all others similarly situated,<br><br>                    Plaintiff<br>        v.<br><br>ROCK OF AGES CORPORATION, SWENSON GRANITE COMPANY, LLC, KURT M. SWENSON, JAMES L. FOX, RICHARD C. KIMBALL, DONALD LABONTE, LAURA A. PLUDE, PAMELA G. SHEIFFER, CHARLES M. WAITE, and FREDERICK E. WEBSTER, JR.,<br><br>                    Defendants | Docket No. 5:10-cv-143 |

**JOINDER OF SWENSON GRANITE COMPANY, LLC
IN MOTION TO DISMISS FILED BY DEFENDANTS
FOX, SCHIEFFER, AND WEBSTER**

Swenson Granite Company, LLC, joins in the Motion to Dismiss filed by Defendants Fox, Schieffer, and Webster.

                                        Respectfully submitted,

Date: June 22, 2010             By:/s/ Sean M. Gorman
Burlington, Vermont              Sean M. Gorman
                                        SHEEHAN PHINNEY BASS & GREEN, P.A.
                                        1000 Elm Street, 17th Floor
                                        Manchester, NH 03101
                                        603-668-0300
                                        sgorman@sheehan.com


                                        Counsel for Defendant
                                        Swenson Granite Company, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2010, I electronically filed a Joinder in Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following: Samuel Hoar, Jr., Esq., Walter E. Judge, Jr., Esq., and James W. Spink, Esq., and I hereby certify that on June 22, 2010, I mailed by United States Postal Service, the document(s) to the following non-registered participants: Wilbur A. Glahn, III, Esq. and Daniel P. Richardson, Esq.

/s/ Sean M. Gorman_____
Sean M. Gorman
SHEEHAN PHINNEY BASS & GREEN, P.A.
1000 Elm Street, 17th Floor
Manchester, NH 03101
603-668-0300
sgorman@sheehan.com