UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TODD SEMON, on behalf of himself, and all : 
others similarly situated,
: 
                        Plaintiff,     Civil Action
:   No. 5:10-cv-00143-CR
   v.
: 
ROCK OF AGES CORPORATION,
SWENSON GRANITE COMPANY, LLC, :
KURT M. SWENSON, JAMES L. FOX,
RICHARD C. KIMBALL, DONALD :
LABONTE, LAURA A. PLUDE, PAMELA G.
SHEIFFER, CHARLES M. WAITE, and :
FREDERICK E. WEBSTER, JR.,
: 
                        Defendants.
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE AND REQUEST FOR STATUS CONFERENCE

In connection with defendants' motions to dismiss (Docket Nos. 9, 10, 11, 12) and plaintiff's motion to remand (Docket No. 16) currently pending before this Court, defendants James L. Fox, Pamela G. Sheiffer and Frederick E. Webster, Jr. (the "Committee Defendants") respectfully bring to the Court's attention the press release of earlier today, attached hereto as Exhibit A, which announces that Rock of Ages Corporation ("Rock of Ages") has entered into a definitive merger agreement with Swenson Granite Company, LLC ("Swenson Granite"), pursuant to which and subject to a future shareholder vote, shareholders of Rock of Ages will receive $5.25 per share in cash, and Swenson Granite will acquire 100% ownership of Rock of Ages.

In connection with this announcement, the Committee Defendants respectfully request a status conference at the Court's earliest convenience.

Dated:   October 18, 2010
              Burlington, Vermont

James R. Carroll (admitted pro hac vice)
Nicholas I. Leitzes (admitted pro hac vice)
SKADDEN, ARPS, SLATE,
      MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts  02108
(617) 573-4800
jcarroll@skadden.com
nleitzes@skadden.com

Respectfully submitted,

/s/  Samuel Hoar, Jr.
Samuel Hoar, Jr.
DINSE, KNAPP AND
      MCANDREW, P.C.
P.O. Box 988
209 Battery Street
Burlington, Vermont 05402-0988
(802) 864-5751
shoar@dinse.com

Counsel for Defendants James L. Fox, Pamela
G. Sheiffer and Frederick E. Webster, Jr.

**CERTIFICATE OF SERVICE**

       I hereby certify that the foregoing document has been filed electronically and is available for viewing and downloading from the ECF system.  I further certify that the following counsel of record will be served by the ECF system:

James W. Spink
Mary N. Peterson
SPINK & MILLER, PLC
One Lawson Lane
Burlington, VT 05401
(802) 864-1100
jspink@spinkmiller.com
mpeterson@spinkmiller.com

Wilbur A. Glahn III (admitted pro hac vice)
MCLANE, GRAF, RAULERSON &
   MIDDLETON, P.A.
900 Elm Street
P.O. Box 326
Manchester, NH  03105
(603) 625-6464
bill.glahn@mclane.com

Counsel for Defendants
Rock of Ages Corporation and Laura Plude


Sean M. Gorman
Edward A. Haffer (admitted pro hac vice)
SHEEHAN, PHINNEY,
   BASS + GREEN, P.A.
1000 Elm Street, 17th Floor
Manchester, NH 03101
(603) 668-0300
sgorman@sheehan.com
ehaffer@sheehan.com

Counsel for Defendant
Swenson Granite Company, LLC

Walter E. Judge Jr.
DOWNS, RACHLIN &
   MARTIN, PLLC
Courthouse Plaza
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190
(802) 863-2375
wjudge@drm.com

Counsel for Defendants
Kurt Swenson, Donald LaBonte,
Richard Kimball, and Charles Waite


Daniel P. Richardson
TARRANT, GILLES, MERRIMAN &
   RICHARDSON
44 East State Street
P.O. Box 1440
Montpelier, VT 05601-1440
(802) 223-1112
drichardson@tgrvt.com

Chet B. Waldman (admitted pro hac vice)
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
(212) 759-4600
cwaldman@wolfpopper.com

Counsel for Plaintiff


Dated: October 18, 2010                         /s/  Samuel Hoar, Jr.
                                                        Samuel Hoar, Jr.