UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

TODD SEMON, on behalf of himself, and all
others similarly situated,

                    Plaintiff,

          v.

ROCK OF AGES CORPORATION,
SWENSON GRANITE COMPANY, LLC,
KURT M. SWENSON, JAMES L. FOX,
RICHARD C. KIMBALL, DONALD
LABONTE, LAURA A. PLUDE, PAMELA G.
SHEIFFER, CHARLES M. WAITE, and
FREDERICK E. WEBSTER JR.,

                    Defendants.

Case No. 5:10cv00143 - CR

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR A HEARING

In response to Defendants' Motion for a Hearing (Docket No. 45), Plaintiff reiterates that

this Court does not have subject matter jurisdiction for the reasons outlined in Plaintiff's briefing

on his Motion to Remand, and in counsel's letter to the Court today.  If, however, the Court

chooses to hold a status conference, Plaintiff respectfully requests that it be conducted by

conference call to save the parties' time and expense.

Dated: October 18, 2010

                              Respectfully submitted,

                              Chet B. Waldman (admitted *pro hac vice*)
                              WOLF POPPER LLP
                              845 Third Avenue
                              New York, New York 10022
                              (212) 759-4600

Daniel P. Richardson
TARRANT, GILLIES, MERRIMAN &
RICHARDSON
44 East State Street
P.O. Box 1440
Montpelier, Vermont 05601-1440
(T): (802) 223-1112
(F): (802) 223-6225

*Attorneys for Plaintiff*