NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**TODD SEMON**

      **v.**                                    Case No: 5:10-CV-143

**ROCK OF AGES CORPORATION,**
*et al.*

**TAKE NOTICE** that the above-entitled case has been scheduled at 10:00 A.M. on Wednesday, October 27, 2010, at Burlington, Vermont before the Honorable Christina Reiss, District Judge, for a Status Conference.

**Location: Courtroom 542**                      **JEFFREY S. EATON, Clerk**
**Date of Notice: 10/22/2010**

                                                    **By /s/ *Pamela J. Lane***
                                                    **Deputy Clerk**

**TO:**
**Chet B. Waldman, Esq.**
**Daniel P. Richardson, Esq.**

**James W. Spink, Esq.**
**Mary N. Peterson, Esq.**
**Wilbur A. Glahn, III, Esq.**

**Edward A. Haffer, Esq.**
**Sean M. Gorman, Esq.**

**Walter E. Judge, Esq.**

**James R. Carroll, Esq.**
**Nicholas I. Leitzes, Esq.**
**Samuel Hoar, Jr., Esq.**

**Anne Henry, Court Reporter**