UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| TODD SEMON, on behalf of himself, and others similarly situated,<br>Plaintiff,<br><br>v.<br><br>ROCK OF AGES CORPORATION,<br>SWENSON GRANITE COMPANY, LLC,<br>KURT M. SWENSON, JAMES L. FOX,<br>RICHARD C. KIMBALL, DONALD<br>LABONTE, LAURA A. PLUDE, PAMELA G.<br>SHEIFFER, CHARLES M. WAITE, and<br>FREDERICK E. WEBSTER, JR.<br>Defendants | )<br>)<br>)<br>)<br>) Docket No. 5:10-cv-143<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINDER OF DEFENDANTS
KURT SWENSON, DONALD LABONTE,
RICHARD KIMBALL, AND CHARLES WAITE
IN THE COMMITTEE DEFENDANTS'
OPPOSITION TO PLAINTIFF'S
MOTION TO AMEND COMPLAINT**

Defendants Kurt Swenson, Donald LaBonte, Richard Kimball, and Charles Waite, by their attorneys Downs Rachlin Martin PLLC, hereby join in the Defendants James L. Fox's, Pamela G. Sheiffer's, and Frederick E. Webster, Jr.'s (the "Committee Defendants") Opposition (Docket Entry 60) to Plaintiff's Motion to Amend Complaint (Docket Entry 53).

Dated at Burlington, Vermont this 9th day of December, 2010.

        KURT SWENSON
        DONALD LABONTE
        RICHARD KIMBALL
        CHARLES WAITE

By:  /s/ Walter E. Judge, Jr.
     Walter E. Judge, Jr.
     Downs Rachlin Martin PLLC
     Attorneys for Defendants
     199 Main Street, P.O. Box 190
     Burlington, VT 05402-0190
     Telephone: 802-863-2375

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, December 9, 2010, I electronically filed a true and correct copy of the foregoing Joinder in Opposition to Motion to Amend Complaint, via the ECF system, which will give electronic notice to registered participants in the Notice of Electronic Filing.

By:  /s/ Walter E. Judge, Jr.
     Walter E. Judge, Jr.

DRM\4023591.1-WEJ