UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| TODD SEMON, on behalf of himself, and others similarly situated,<br>Plaintiff,<br><br>v.<br><br>ROCK OF AGES CORPORATION, SWENSON GRANITE COMPANY, LLC, KURT M. SWENSON, JAMES L. FOX, RICHARD C. KIMBALL, DONALD LABONTE, LAURA A. PLUDE, PAMELA G. SHEIFFER, CHARLES M. WAITE, and FREDERICK E. WEBSTER, JR.<br>Defendants | )<br>)<br>)<br>)<br>)    Docket No. 5:10-cv-00143-CR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINDER OF DEFENDANTS ROCK OF AGES CORPORATION AND LAURA A. PLUDE IN THE COMMITTEE DEFENDANTS' OPPOSITION TO MOTION FOR EXPEDITED DISCOVERY

Defendants Rock of Ages Corporation and Laura A. Plude, hereby join in the Committee Defendants' Opposition (Dkt. 63) to Plaintiff's Motion for Expedited Discovery (Dkt. 55).

Respectfully submitted,

ROCK OF AGES CORPORATION and
LAURA A. PLUDE

By their attorneys,

McLANE GRAF RAULERSON & MIDDLETON,
PROFESSIONAL ASSOCIATION

Dated:  December 14, 2010            By:___/s/ Wilbur A. Glahn, III_____
                                     Wilbur A. Glahn, III (admitted *pro hac vice*)
                                     bill.glahn@mclane.com
                                     900 Elm Street, P.O. Box 326
                                     Manchester, NH 03105
                                     (603) 625-6464

- 2 -

        James W. Spink
        SPINK & MILLER, PLC
        One Lawson Lane
        Burlington, Vermont 05401
        (802) 864-1100
        jspink@spinkmiller.com

### Certificate of Service

I hereby certify that on December 14, 2010, I electronically filed with the Clerk of Court the following document:

Joinder of Defendants Rock of Ages Corporation and Laura Plude in the Committee Defendants' Opposition to Plaintiffs' Motion for Expedited Discovery

using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

James R. Carroll, Esq.
Sean M. Gorman, Esq.
Edward A. Haffer, Esq.
Samuel Hoar, Jr., Esq.
Walter E. Judge, Jr., Esq.
Nicholas I. Leitzes, Esq.
Mary N. Peterson, Esq.
Daniel P. Richardson, Esq.
James W. Spink Esq.
Chet B. Waldman, Esq.

No non-NEF parties exist in this matter.

        /s/ Wilbur A. Glahn, III
        Wilbur A. Glahn, III